SAMUEL DEFRANCISCO, Appellant, v. MARY PERRY and UNITED LUMBER AND SUPPLY CORPORATION, Respondents, Impleaded with Others, Defendants. THOMAS MALLARE, Respondent, v. MARY PERRY and SAM PERRY, Defendants, and SAMUEL DEFRANCISCO, Appellant.— Judgment so far as appealed from reversed on the law and judgment otherwise modified on the law by providing that the liens of the respondents Mallare and the United Lumber and Supply Corporation are inferior to the lien mortgage of the plaintiff DeFrancisco and as so modified affirmed, with costs to the plaintiff DeFrancisco. Memorandum: The record is lacking in evidence that the plaintiff, either personally or through an agent, agreed to pay the defendant Mallare for his work on the mortgaged premises. Anthony DeFrancisco is not shown to have been plaintiff's agent and the record contains no evidence of conduct on the plaintiff's part on which an estoppel to claim the priority of his mortgage lien can be predicated. All concur. (The portion of the judgment appealed from is for the defendant corporation in one action and for the plaintiff in the other action, in consolidated actions to foreclose a mortgage.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

DANIEL J. FENNELL, Respondent, v. CHARLES F. GAISER, Appellant.— Judgment and orders affirmed, with costs. Memorandum: The finding of the jury is supported by the evidence and is not against its weight and we do not find it excessive, and we find no error in the rulings of the trial court made subsequent thereto. All concur. (The judgment is for plaintiff in an automobile negligence action. One order denies a motion for a new trial on the minutes, and the other order denies a motion for a new trial on the ground of prejudicial remarks which might have influenced the jury.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.